1 | Buchalter Nemer
A Professional Corporation
2 | Mark M. Scott (SBN:138569)
18400 Von Karman Avenue, Suite 800
3 | Irvine, California 92612-0514
Telephone: (949) 760-1121
4 | Facsimile: (949) 720-0182
E-Mail: mscott@buchalter.com
5 | Attorneys for Plaintiff
Consultants Group Commercial
6 | Funding Corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| CONSULTANTS GROUP COMMERCIAL FUNDING CORPORATION, a California Corporation doing business as CG Commercial Finance,<br><br>    Plaintiff,<br><br>  vs.<br><br>INTERPLEX INDUSTRIES, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. SA CV15-462 DOC (JCGx)<br><br>**ORDER APPROVING STIPULATION RE CONFIDENTIALITY ORDER**<br><br>**[MAGISTRATE JUDGE JAY C. GANDHI]** |
|---|---|

    The Court has read and considered the Stipulation Re Confidentiality Ordered entered into between Plaintiff Consultants Group Commercial Funding Corporation and Defendant Interplex Industries, Inc., a true and correct copy of which is attached hereto as Exhibit "1."

 1   For good cause as shown therein, **IT IS HEREBY**
 2 **ORDERED THAT:**

DATED: October 28, 2015

_____
JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE